## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| **DONALD BARTON** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **Civil Action No. 3:17-CV-03087-TLB** |
| | § | |
| **NATIONSTAR MORTGAGE LLC,** | § | |
| **EXPERIAN INFORMATION SOLUTIONS,** | § | |
| **INC., and METLIFE HOME LOANS LLC,** | § | |
| | § | |
| **Defendants.** | § | |

### JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Donald Barton (**Barton**) and defendant Nationstar Mortgage LLC (**Nationstar**) settled this matter and hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to the dismissal of all claims Barton asserted, or could have asserted against Nationstar with prejudice. The parties shall each bear their own costs incurred herein. The court will retain jurisdiction over the remaining claims and parties, and the settlement of the parties to enforce the settlement agreement, if necessary.

WHEREFORE, premises considered, the parties respectfully request the court enter an order dismissing Barton's claims against Nationstar with prejudice and for any and all other relief to which the parties may show themselves justly entitled.

Date: February 22, 2018                    Respectfully submitted,


/s/ Andrew D. Thomas
Andrew D. Thomas; Texas SBN: 24060714
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: 214.720.4300
Facsimile:  214.981.9339
andrew.thomas@akerman.com
**ATTORNEYS FOR DEFENDANT
NATIONSTAR MORTGAGE LLC**



/s/ David A. Chami
David A. Chami, AZ #027585
1204 E Baseline Road, Suite 102
Tempe, AZ 85283
Telephone: 818.907.2133
david@pricelawgroup.com
**ATTORNEY FOR PLAINTIFF
DONALD BARTON**

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on December 26, 2017, a true and correct copy of the foregoing was served as follows:

**<u>VIA ECF</u>**
David A. Chami
PRICE LAW GROUP, APC
1204 E Baseline Road, Suite 102
Tempe, AZ 85283
david@pricelawgroup.com

*Attorney for Plaintiff*

**<u>VIA ECF</u>**
E. B. Chiles IV
QUATTLEBAUM, GROOMS & TULL PLLC
111 Center Street, Suite 1900
Little Rock, Arkansas 72201
cchiles@qgtlaw.com

*Attorneys for Defendant Experian Information Solutions, Inc.*

**<u>VIA ECF</u>**
Donna Woo
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
dwoo@jonesday.com

*Attorneys for Defendant Experian Information Solutions, Inc.*

                           */s/ Andrew Thomas*
                           Andrew Thomas