IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DONALD BARTON                                                                                   PLAINTIFF

vs.                                       Case No. 17-3087

NATIONSTAR MORTGAGE, LLC,                                                       DEFENDANTS
EXPERIAN INFORMATION
SOLUTIONS, INC., METLIFE
HOME LOANS LLC

CLERK'S ORDER OF DISMISSAL

On this 16th day of April, 2018, the parties hereto having filed a Stipulation of Dismissal pursuant to Rule 41 (a), Federal Rules of Civil Procedure.

IT IS ORDERED that claims against Experian Information Solutions, Inc. are dismissed and Plaintiff's complaint is dismissed with prejudice.

AT THE DIRECTION OF THE COURT

DOUGLAS F. YOUNG, CLERK

/s/   Teri Gunderson, Deputy Clerk